CASE 0:20-cr-00187-PAM-LIB   Doc. 203   Filed 06/16/25   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)         Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Joshua Jon Lussier

Case No: 20-187(1)
USM No: 18751-509

Date of Original Judgment: 01/12/2022
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Michael John Millios
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months is reduced to _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 01/12/2022 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 06/16/2025

s/ Paul A. Magnuson
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Paul A. Magnuson, United States District Court Judge
*Printed name and title*